PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America





**FILED**

JUL 2 0 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

PHILLIP CHAO,

                    Defendant.

CASE NO.  2:14-CR-00220 KJM

[PROPOSED] ORDER SEALING DOCUMENTS
AS SET FORTH IN GOVERNMENT'S NOTICE

Pursuant to Local Rule 141(b), and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the government's five-page sentencing memorandum pertaining to defendant PHILLIP CHAO , and government's Request to Seal, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the aforementioned memorandum serves a compelling interest.

[***Rest of page blank.***]

1    The Court further finds that, in the absence of closure, the compelling interests identified by the

2    government would be harmed.  In light of the public filing of its request to seal, the Court further finds that

3    there are no additional alternatives to sealing the government's memorandum that would adequately protect

4    the compelling interests identified by the government.

5

6    Dated:  7/26/16

7                                    THE HONORABLE KIMBERLY J. MUELLER
                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28